1012

[No. 35248-2-I.   Division One.   December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAYMON LAMONT HOLBERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05946-5, George T. Mattson, J., entered September 8, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Becker, JJ.

[No. 35333-1-I.   Division One.   December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN A. LYONS, *Defendant, In the Matter of* JAROSLAW GOLEBIOWSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00275-3, Paul D. Hansen, J., entered September 29, 1994. *Reversed* by unpublished opinion per Baker, C.J., concurred in by Grosse and Becker, JJ.

[No. 35363-2-I.   Division One.   December 27, 1995.]

FRED THATCHER, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-25176-9, Liem E. Tuai, J., entered September 9, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Agid, JJ. Now published at 80 Wn. App. 319.

[No. 35519-8-I.   Division One.   December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CINQUE RICHARD GARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-03917-4, Bobbe J. Bridge, J., entered October 7, 1994. *Affirmed* by unpublished per curiam opinion.